UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                            Criminal No. 26-mj-30369

v.

ELEAZARELI MAYCOCK,

       Defendant.

_____/

## MOTION TO UNSEAL COMPLAINT, ARREST WARRANTS AND AFFIDAVIT

The United States of America, by its undersigned attorneys, respectfully requests the court to unseal the Complaint, Warrant of Arrests, and Affidavit for complaint for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                            Respectfully submitted,

                            JEROME F. GORGON, JR.
                            United States Attorney

                            *s/Thomas Cribbins*
                            Thomas Cribbins
                            Assistant United States Attorney
                            211 W. Fort Street, Suite 2001
                            Detroit, MI  48226
                            313-226-9556

Date: June 18, 2026                 Thomas.Cribbin@usdoj.gov